YVETTE HUFF, Respondent, v ANITA L. RODRIGUEZ, Formerly Known as ANITA L. ROSARIO, et al., Appellants.

Decided January 10, 2012

Reported below, 88 AD3d 1274.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order sought to be reviewed does not necessarily affect the final judgment as required by CPLR 5601 (d) (*see* Karger, Powers of the New York Court of Appeals § 9:5, at 312 [3d ed rev]).